UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J.B. through his Guardians, DONALD BELL AND BARBARA BELL; and DONALD BELL and BARBARA BELL, husband and wife, and parents of J.B., <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>MEAD SCHOOL DISTRICT NO. 354, <br><br>　　　　　　Defendant. | NO. CV-08-223-EFS <br><br>**ORDER GRANTING STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulation for Order of Dismissal with Prejudice. ECF No. 137. Therein, the parties agree that all of the terms and conditions of the settlement between the parties have been fulfilled and resolved pursuant to the Court's February 23, 2011 Order Approving Settlement, ECF No. 124. The parties further ask the Court to dismiss this matter with prejudice, with all parties bearing their own attorney's fees and costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Order of Dismissal, **ECF No. 137**, is **GRANTED**.

2. Per the parties' stipulation, this matter is **dismissed** with prejudice and without attorney's fees or costs to any party.

ORDER * 1

   3.  This file shall be **closed**.

   **IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and provide copies to counsel.

   **DATED** this _____16th_____ day of September 2011.

                         S/ Edward F. Shea
                         EDWARD F. SHEA
                    United States District Judge

Q:\Civil\2008\223.stip.dismiss.lc2.wpd

ORDER * 2